# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER BYRON and KAREN LUEDY, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>CONAIR CORPORATION,<br><br>　　　　　Defendant. | Case No. 3:20-cv-02543-FLW-TJB |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Jennifer Byron and Karen Luedy, voluntarily dismiss this action in its entirety without prejudice, each party to bear their own costs and fees.

Dated: July 16, 2020　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　/s/ *Natalie Finkelman Bennett*
　　　　　　　　　　　　　　　　　　　　　Natalie Finkelman Bennett
　　　　　　　　　　　　　　　　　　　　　James C. Shah
　　　　　　　　　　　　　　　　　　　　　**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
　　　　　　　　　　　　　　　　　　　　　475 White Horse Pike
　　　　　　　　　　　　　　　　　　　　　Collingswood, NJ 08107
　　　　　　　　　　　　　　　　　　　　　Tel.: (856) 858-1770
　　　　　　　　　　　　　　　　　　　　　Fax: (866) 300-7367
　　　　　　　　　　　　　　　　　　　　　nfinkelman@sfmslaw.com
　　　　　　　　　　　　　　　　　　　　　jshah@sfmslaw.com

2

>Gary E. Mason
>David K. Lietz
>**MASON LIETZ & KLINGER LLP**
>5101 Wisconsin Avenue NW, Suite 305
>Washington, D.C. 20016
>Tel.: (202) 429-2290
>Fax: (202) 429-2294
>gmason@masonllp.com
>dlietz@masonllp.com
>
>Gary M. Klinger
>**MASON LIETZ & KLINGER LLP**
>227 W. Monroe Street, Suite 2100
>Chicago, IL 60606
>Tel.: (312) 283-3814
>Fax: (773) 496-8617
>gklinger@masonllp.com
>
>*Attorneys for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of July, 2020, I electronically filed the foregoing Notice of Voluntary Dismissal Without Prejudice with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Natalie Finkelman Bennett*
Natalie Finkelman Bennett